IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

David Corcia

                                                                          Case No.: 7:17-cv-06689

                   Plaintiff,                                      **NOTICE OF DISMISSAL**

      v.

Experian Information Solutions, Inc.

                 Defendants.

-----------------------------------------------------------X

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Fed. R. Civ. P. 41, Plaintiff hereby stipulates to and gives notice of the dismissal of the above-entitled and numbered action with prejudice as to the plaintiff and without costs to either party.

                                                           Respectfully submitted,

Dated:  Nov. 20, 2017

                                            By: _____

                                                The Law Offices of Shimshon Wexler, P.C.
                                                216 W. 104th St., #129
                                                New York, NY 10025
                                                Tel-(212) 760-2400
                                                Fax-(917) 512-6132
                                                swexleresq@gmail.com
                                                *Attorney for Plaintiff*

SO ODERED: _____