IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
David Corcia

Case No.: 7:17-cv-06689

Plaintiff,

*& order*

NOTICE OF DISMISSAL

v.

Experian Information Solutions, Inc.

Defendants.
--------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 11/21/17

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Fed. R. Civ. P. 41, Plaintiff hereby stipulates to and gives notice of the dismissal of the above-entitled and numbered action with prejudice as to the plaintiff and without costs to either party.

Respectfully submitted,

Dated:  Nov. 20, 2017

By: _____

The Law Offices of Shimshon Wexler, P.C.
216 W. 104th St., #129
New York, NY 10025
Tel-(212) 760-2400
Fax-(917) 512-6132
swexleresq@gmail.com
*Attorney for Plaintiff*

SO ODERED: _____
U.S.D.J.
11/21/2017